UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Joe Hand Promotions, Inc.,

    Plaintiff

v.

Prince Café Restaurant, Inc. et al,

    Defendants

Case No.: 2:20-cv-01563-JAD-NJK

**Order Adopting Report and Recommendation and Granting Motion for Default Judgment**

[ECF Nos. 12, 13]

    The magistrate judge has reviewed the plaintiff's motion for default judgment[1] and, in an eleven-page report and recommendation, recommends that this court grant it in part.[2] The deadline for any party to object to that recommendation was May 6, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 13] is ADOPTED** in its entirety. The motion for default judgment **[ECF No. 12] is GRANTED in part and DENIED in part** as stated in the Report and Recommendation.

---

[1] ECF No. 12.

[2] ECF No. 13.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that the Clerk of Court is directed to **ENTER JUDGMENT** in favor of the plaintiff and against the defendants, jointly and severally, as follows:

    A.    $10,000 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II);

    B.    $7,500 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(ii); and

    C.    $1,050 in costs

and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 10, 2022